ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Grant Thornton LLP | ) | ASBCA No. 60913 |
| | ) | |
| Under Contract No. W81XWH-08-D-0027 | ) | |

APPEARANCES FOR THE APPELLANT:    Alexander J. Brittin, Esq.
    Brittin Law Group, PLLC
    McLean, VA

    Ellen Randel, Esq.
    Associate General Counsel

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Elinor J. Kim, JA
    MAJ Jason W. Allen, JA
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is hereby dismissed with prejudice.

Dated: 17 April 2018

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60913, Appeal of Grant Thornton LLP, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals